

VIA Email: jfriedman@tpglaws.com

May 5, 2020

Joshua Friedman
Phillips & Associates, PLLC
45 Broadway, Suite 620
New York, NY 10006

   RE: Case No. 19-CV-07089; *Jeni Wallace v. ANR Practice Management LLC, et al.,* in the United States District Court, Eastern District of New York

Dear Joshua:

Please let this letter serve as our agreement to extend the deadline to Answer Plaintiff's Complaint currently due May 11, 2020 by 30 days, to June 10, 2020. If this is your understanding of our agreement, please sign below. Thank you very much.

                Sincerely,

                */s/ Ethan Yat Fai Lau*
                Ethan Yat Fai Lau


/s/_____
Joshua Friedman

**RIVAS GOLDSTEIN, LLP**
**405 Lexington Avenue, 26th Floor  New York, NY 10174    t. 212.541.2451    f. 212.504.7911**