UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: PHILLIPS & ASSOCIATES PLLC

JENI WALLACE

                                      Plaintiff(s)

                - against -

ANR PRACTICE MANAGEMENT, LLC, ETAL

                                      Defendant(s)

Index # 2:19-CV-07089-MKB-RER

Purchased December 18, 2019

**AFFIDAVIT OF SERVICE**

STATE OF DE : COUNTY OF New Castle ss:

Granville Morris BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 2500 Delaware Ave Wilmington DE 19806

That on March 12, 2020 at 02:30 PM at

C/O NATIONAL REGISTERED AGENTS, INC.
160 GREENTREE DRIVE, SUITE 101
DOVER, DE 19904

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on ANR PRACTICE MANAGEMENT, LLC therein named.

BY LEAVING A TRUE COPY WITH FRANCES BURRIS, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 45 | 5'5 | 180 |

BY SERVING SAME ON IT'S AUTHORIZED AGENT

Sworn to me on: 7/20/2020
Notary:

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

Server: Granville Morris
Invoice #: 742363

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045