```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```
JENI WALLACE,

                    19 Civ. 07089 (MRB)(RER)

              Plaintiff,

    v.                            DECLARATION OF
                                   DAVID KASELL

ANR PRACTICE MANAGEMENT, LLC, ANDRE
WAISMANN, In His Individual and Official Capacity,
MURRAY FRIEDMAN, In His Individual and Official
Capacity, and NEAL FRIEDMAN, In His Individual and
Official Capacity, will

              Defendants.
```
------------------------------------------------------------X
```

I, David Kasell, declare as follows:

1. I am the founder of the Kasell Law Firm, counsel for Defendants ANR Practice Management, LLC, Andre Waismann, Murray Friedman, and Neal Friedman, (collectively the "Defendants") in the above captioned matter. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for personal health reasons.

2. Robert Leino will continue to represent the Defendants in this matter.

3. My withdrawal will not delay this matter or prejudice any party, and I am not retaining or charging a lien.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    David: October 20, 2020

                                                            Respectfully submitted,

                                                           /s/_____

By: David M. Kasell, Esq.
KASELL LAW FIRM
Attorneys for Defendants
1038 Jackson Avenue, #4
Long Island City, NY 11101
(718) 404-6668