**ROBERT G. LEINO**
Attorney at Law
15 W. 55th Street, 6 D
New York, New York 10019
(917) 613-5926
rgleino@leinolaw.com

November 12, 2020

**Via ECF**

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **Wallace v. ANR Practice Management, LLC, et al.**
                   **No.: 19-cv-07089 (MKB)(RER)**

Dear Judge Reyes:

     I am writing to advise the Court that the parties have scheduled a second mediation session for December 3, 2020.

                                                        Respectfully submitted,

                                                         /s/ *Robert G. Leino*

                                                         Robert G. Leino